# In the United States District Court for the Southern District of Georgia
## Savannah Division

DWAYNE MIGEL DOTSON,

    Petitioner,

v.

EVAN JOSEPH,

    Respondent.

4:23-cv-281

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which no objections have been filed. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice**, and Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this ___1___ day of December, 2023.

    _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA